374 A.2d 724

Niagara Constructors, Inc., Appellant, v. City of
Erie, Bureau of Water.

Argued
April 12, 1977.   James K. McNamara, with him Frank L.
Kroto, Jr., for appellant;   Lawrence L. Kinter, Deputy City
Solicitor, for appellee.

Order affirmed.

VAN der VOORT, J., absent.

374 A.2d 724

Nowalk, Appellant, .v. Wayman, Irvin, Trushel
and McAuley.

Argued April
11, 1977.   Felix J. DeGuilio, for appellant;   William R. Tighe,
with him Stein and Winters, for appellees.

Judgment affirmed.

VAN der VOORT, J., absent.